UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK MARTIELLI,

                Plaintiff,

             -v.-

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

25 Civ. 7584 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On September 23, 2025, the Court scheduled an Initial Pretrial Conference ("IPTC") in this matter for December 19, 2025. (Dkt. #9). Subsequently, Defendant Experian Information Solutions, Inc. ("Experian") and Defendant Equifax Information Services, LLC ("Equifax") requested extensions in their times to respond to Plaintiff's complaint. (Dkt. #12, 15). The Court granted both extension requests. (Dkt. #16, 17). Now, Experian's answer is due December 4, 2025 (Dkt. #16), and Equifax's answer is due December 19, 2025 (Dkt. #17). Given these new deadlines, the IPTC currently scheduled for December 19, 2025, is hereby ADJOURNED to **January 13, 2026**, at **10:00 a.m.** At that time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

      SO ORDERED.

Dated: November 4, 2025
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge